UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERONIMO FRATICELLI ROSADO, JR, <br>     Plaintiff <br><br> v. <br><br> JANE DOE LAW LIBRARIAN, *et al.*, <br>     Defendants | CIVIL ACTION NO. 3:18-CV-601 <br><br> (ARBUCKLE, M.J.) |

## ORDER

In accordance with the accompanying memorandum opinion, it is ORDERED that Plaintiff's motion for summary judgment (Doc. 155) will be denied in its entirety. The court further finds that Defendants' motion for summary judgment (Doc. 158) will be granted in part and denied in part as follows:

(1) Defendants' motion for summary judgment will be granted as to Plaintiff's claims that:

    (a) Defendants failed to give Plaintiff's medical records to Dr. Havrilla on December 20, 2013;

    (b) Defendants denied Dr. Havrilla's recommendation that Plaintiff undergo a left eye corneal transplant and right eye cataract surgery;

    (c) Defendants failed to provide any treatment for an eye infection in November 2015; and

    (d) Defendants' refused to provide a prescription for Restasis.

(2) Defendants' motion for summary judgment will be denied as to Plaintiff's claim that Defendants failed to give Plaintiff his prescription tinted glasses.

Date: September 30, 2022                    BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge